# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

James K. Hill

vs

(Full name of defendant(s))

Clay County Sheriff Dept.

FILED
02/14/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

2:22-cv-00032-JPH-MJD

(to be supplied by clerk of court)

Motion for Civil Rights Lawsuit for Wrongful arrest Police Brutality

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
(State)

611 E Jackson St Brazil, IN 47834
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Clay County Sheriff Dept.
(Name)

Complaint - 1 of 5 pages

CASE NUMBER 2:22-CV-00032-JPH-MJD

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __611 E Jackson St Brazil, IN 47834__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Clay County Sheriff Dept 611 E Jackson St Brazil, IN__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On April 12th 2020 an unkown Police offer stomped on my chest while responding to a 911 call over me being shot. This took place in my home located at 5131 W. St. Rd 340 Brazil Indiana 47834. I believe it was done because of the police being misinformed but doesnt justify police brutality. I was then wrapped up in a white sheet dragged through my house and outside to be left for dead by unknown officers instead of recieving medical treatment. I was left there for hours

before being taken to the hospital. There is a list of police officers on the witness list on CAUSE # 11C01-2005-F1-000405 I was arrested for the crime of attempted murder after my release from the hospital with no warrant and threats from officers going to "open fire" on me while unarmed and unable to produce an arrest warrant. Which is violation of my 1st, 4th, 6th, 14th amendmints. On August 13th 2021 at 904 Jackson St Police with the wrong electronic warrant issued threatened to "open fire" on me in my home unarmed and used force to arrest me having physical disabities now without telling me reason for arrest miranda rights. Then someone altered the evidence of time and dates on 911 call sheet warrants issued im motion of Discovery of evidence.

Complaint - 3 of 5 pages
CASE NUMBER 2:22-CV-00032-JPH-MJD

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

In winning my lawsuit I'm asking to be awarded monies in the amount of $30 million. I would like the defendants to step down from their position as police officers. I would also like the courts to issue an investigation into the Department.

E. JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
   OR

☐ Court Trial – I want a judge to hear my case

Dated this 6th day of February 20 22.

Respectfully Submitted,

*James K Hill*
Signature of Plaintiff

Jacket # 6513
Plaintiff's Prisoner ID Number

611 E Jackson St
Brazil, IN 47834
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5 of 5 pages

CASE NUMBER 2:22-CV-00032-JPH-MJD

James A Hill
6118 Jackson St
Brazil, IN 47834

Roger A. G. Sharpe
Clerk of Courts
Lee H. Hamilton Federal Building
& U.S. Courthouse, Room 120
121 West Spring Street
New Albany, IN 47150

**FILED**
FEB 14 2022
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

